IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| LARRY RUDE, | Civil No. 3:09-CV-5336-JRC |
|---|---|
| Plaintiff, | |
| v. | ORDER AMENDING BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the motion by Defendant, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before November 23, 2009;

- Plaintiff shall file the optional Reply Brief on or before December 7, 2009; and

- Oral argument shall be requested on or before December 14, 2009.

DATED this 21st day of October, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1   ORDER - [3:09-CV-5336-JRC]