IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY Z. RUDE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5336-JRC<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge shall further evaluate the examining and non-examining opinions of record. The Administrative Law Judge shall also obtain supplemental evidence from a vocational expert, if warranted.

DATED this 28th day of October, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:09-CV-5336-JRC]