# United States District Court

WESTERN DISTRICT OF WASHINGTON

LARRY Z. RUDE,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5336JRC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the above captioned case be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.


October 30, 2009  
Date

BRUCE RIFKIN  
District Court Executive

*s/Kelly A Miller*  
By Kelly A Miller, Deputy Clerk