UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY Z. RUDE,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C09-5336JRC<br><br>ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND EXPENSES |

This matter comes before the court on a stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act (Doc. 22).

Having reviewed the motion and the record, the court finds the motion is properly supported. It is hereby ordered that motion is GRANTED. The Commissioner is directed to pay to plaintiff attorney's fees and expenses in the sum of $3,679.53 and costs of $10.13 pursuant to 28 U.S.C. § 1920.

Dated this 29th day of December, 2009.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 1